UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00244-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS SUAREZ-AGUIRRE,
a/k/a Jesus Aguirre,

    Defendant.

## ORDER RESETTING SENTENCING

THIS MATTER comes before the Court *sua sponte*.

**IT IS HEREBY ORDERED** that the Sentencing hearing previously set for December 31, 2007, at 10:00 a.m. is **RESET** for **January 14, 2008**, at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 29th day of November, 2007.

            **BY THE COURT:**

            *Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge