UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00244-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS SUAREZ-AGUIRRE,
a/k/a Jesus Aguirre,

       Defendant.

---

### ORDER CONTINUING SENTENCING HEARING

---

THIS MATTER comes before the Court *sua sponte*,

**IT IS HEREBY ORDERED** that the Sentencing hearing in this matter previously set for January 14, 2008, is reset to **January 30, 2008,** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 21st day of December, 2007.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge